141-15

# ELECTRONIC RECORD

COA #14-14-00053-CR          OFFENSE: Injury to a Child, Elderly or Disabled Individual

STYLE: Clifton Javon Johnson v The State of Texas          COUNTY: Fort Bend

COA DISPOSITION: Affirmed          TRIAL COURT: 268th District Court

DATE: December 23, 2014   Publish: No          TC CASE #:13-DCR-063125


## IN THE COURT OF CRIMINAL APPEALS


STYLE: Clifton Javon Johnson v The State of Texas

CCA # _____

___APPELLANT'S___  Petition          CCA Disposition: 141-15
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: _03/18/2015_          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**